# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY B. PULLEY AND LEIGH BRIDGES, individually, AND THE ESTATE OF JAMES ODIE PULLEY, by personal representative, LEIGH BRIDGES,<br><br>Plaintiffs,<br><br>v.<br><br>JOE SHEPARD, GIBSON COUNTY SHERIFF, CHUCK ARNOLD, CHIEF DEPUTY OF GIBSON COUNTY SHERIFF'S DEPARTMENT, KENNETH SIMS, DEPUTY OF GIBSON COUNTY SHERIFF'S DEPARTMENT, SHERRY SMITH, CHIEF JAILER OF GIBSON COUNTY SHERIFF'S DEPARTMENT, LARRY COMBS, DEPUTY OF GIBSON COUNTY SHERIFF'S DEPARTMENT, JOHN AND JANE DOE, GIBSON COUNTY SHERIFF'S DEPARTMENT, AND GIBSON COUNTY, TENNESSEE,<br><br>Defendants. | No. 05-1135-T-An |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

The plaintiffs filed this action against Defendants Joe Shepard, Sheriff of Gibson County, Chuck Arnold, Chief Deputy of Gibson County Sheriff's Department, Kenneth

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  08-15-05



Sims, Deputy of Gibson County Sheriff's Department, Sherry Smith, Chief Jailer of Gibson County Sheriff's Department, Larry Combs, Deputy of Gibson County Sheriff's Department, John and Jane Doe, Gibson County Sheriff's Department, and Gibson County. Before the court is defendants' motion to dismiss all claims against the Gibson County Sheriff's Department. Plaintiff has not filed a response to defendants' motion to dismiss.

Defendant seeks dismissal of plaintiff's claims against the Gibson County Sheriff's Department because it is not a proper party to this suit. Both the Sixth Circuit and this court have held that police departments are not legal entities which may be sued. See Matthews v. Jones, 35 F.3d 1046, 1049 (6th Cir. 1994); Phebus v. City of Memphis, 340 F. Supp. 2d 874, 878 (W.D. Tenn. 2004). Therefore, the court GRANTS the motion to dismiss the Gibson County Sheriff's Department as a defendant.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_12 August 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01135 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Benjamin S. Dempsey
LAW OFFICES OF BENJAMIN S. DEMPSEY
P.O. Box 711
Huntingdon, TN 38344

Honorable James Todd
US DISTRICT COURT