001-093-00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JEFFERY B. PULLEY and LEIGH BRIDGES Individually and the ESTATE OF JAMES ODIE PULLEY, By Personal Representative, LEIGH BRIDGES<br><br>Plaintiff(s)<br><br>v.<br><br>JOE SHEPARD, GIBSON COUNTY SHERIFF, and CHUCK ARNOLD, Chief Deputy Gibson County Sheriff's Department, KENNETH SIMS, Deputy Gibson County Sheriff's Department and SHERRY SMITH, Chief Jailer, Gibson County Sheriff's Department and LARRY COMBS, Deputy Gibson County Sheriff's Department and JOHN DOE and JANE DOE and GIBSON COUNTY SHERIFF DEPARTMENT and GIBSON COUNTY, TENNESSEE<br><br>Defendant(s) | No.: <u>1-05-1135 – T An</u> |

## PROPOSED RULE 16(b) SCHEDULING ORDER

Pursuant to the Scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**
December 16, 2005

**JOINING PARTIES:**

    For Plaintiff:    February 2, 2006
    For Defendant:   March 17, 2006

**AMENDING PLEADINGS**

    For Plaintiff:    February 2, 2006
    For Defendant:   March 17, 2006

**COMPLETING ALL DISCOVERY:**    August 31, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  11-30-05

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS**:    July 1, 2006

    (b)    **EXPERT DISCLOSURE (RULE 26(a)(2))**:
        (i)    Plaintiff's Experts:    February 28, 2006
        (ii)    Defendant's Experts:  April 21, 2006
        (iii)    Supplementation under Rule 26(e)(2):
            May 12, 2006 for the plaintiff
            May 31, 2006 for the Defendants.

    (c)    **DEPOSITIONS OF EXPERTS**:    August 31, 2006

**FILING DISPOSITIVE MOTIONS**:    September 11, 2006

**FINAL LIST OF WTINESSES AND EXHIBITS (Rule 26(a)(3))**:

    (a)    for Plaintiff:    October 27, 2006

    (b)    for Defendant: November 17, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26 (a)(3).

The trial of this matter is expected to last 3 days and is **SET** for **JURY TRIAL** on **Monday, December 11, 2006** at 9:30 A.M. A joint pre-trial order is due on Friday, December 1, 2006. In the event the parties are unable to agree on a joint pre-trial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS**:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions,

except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 22, 2005

**APPROVED FOR ENTRY:**

PENTECOST, GLENN & RUDD, PLLC

By: 
Jon A. York (#023106)
Attorney for Defendant
106 Stonebridge Blvd
Jackson, TN 38305
(731) 668-5995

By  Benjamin Dempsey by Jon York w/permission
Benjamin Dempsey
12690 Lexington Street
P.O. Box 711
Huntingdon, TN 38344

3

## **CERTIFICATE OF SERVICE**

This is to certify that I served a copy of this pleading or paper personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date thereof.

DATE: This the 21 day of November, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: _____
Jon A. York

**SERVED UPON:**
Benjamin Dempsey
12690 Lexington Street
P.O. Box 711
Huntingdon, TN 38344

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01135 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Benjamin S. Dempsey
LAW OFFICES OF BENJAMIN S. DEMPSEY
P.O. Box 711
Huntingdon, TN 38344

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT